| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | ROBERT C. PHELPS  106666 |
|   | robert.phelps@pillsburylaw.com |
| 3 | JEFFREY S. ROSS 67345 |
|   | jeff.ross@pillsburylaw.com |
| 4 | CHRISTINE A. SCHEUNEMAN 113811 |
|   | christine.scheuneman@pillsburylaw.com |
| 5 | ANA N. DAMONTE 215504 |
|   | ana.damonte@pillsburylaw.com |
| 6 | JOHN E. JANHUNEN  229504 |
|   | john.janhunen@pillsburylaw.com |
| 7 | 50 Fremont Street |
|   | Post Office Box 7880 |
| 8 | San Francisco, CA  94120-7880 |
|   | Telephone: (415) 983-1000 |
| 9 | Facsimile: (415) 983-1200 |

Attorneys for Plaintiff and Counterdefendant CHEVRON U.S.A. INC. and Counterdefendant CHEVRON PRODUCTS COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON U.S.A. INC., a corporation,<br><br>    Plaintiff,<br><br>        vs.<br><br>M&M PETROLEUM SERVICES, INC., a corporation,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV07-818 DOC (ANx)<br><br><u>PLAINTIFF CHEVRON U.S.A. INC.'S WITNESS LIST (L.R. 16-5)</u><br><br>Judge:  Hon. David O. Carter<br><br>Pretrial Conference: 11/21/08<br>Trial Date:  12/09/08 |

1    Pursuant to Local Rule 16-5 and this Court's Order Re: Civil Trial,
2    Plaintiff Chevron U.S.A. Inc. ("Chevron") hereby submits its Witness List.
3
4        <u>Chevron expects to call the following witnesses at trial:</u>
5        1.    Mario Oseguera, Oseguera & Associates LLP, 1230
6    Terracina Drive, El Dorado Hills, 95762-5403, Tel: (510) 205-6249.
7        2.    Afsaneh Ehsani, 13800 Park Center Lane, Apt. #480,
8    Tustin, CA 92782, Tel:  (949) 293-4213
9        3.    Al Norris, Chevron U.S.A. Inc., c/o Chevron's counsel.
10       4.    Kent Cowan, Chevron U.S.A. Inc., c/o Chevron's counsel.
11       5.    Michael S. Spindler, Deloitte Financial Advisory Services,
12   350 South Grande Avenue, Los Angeles, CA 90071.
13       6.    Mansoor Ghaneeian both individually and as a
14   representative of Defendant, M&M Petroleum Services, Inc.
15       7.    All representatives of Defendant M&M Petroleum
16   Services, Inc. who testify in response to the Fed. R. Civ. P. 30(b)(6) deposition
17   notice issued by Chevron c/o M&M's attorneys.
18
19       <u>Chevron may call the following witnesses at trial:</u>
20       8.    *Paul Blanco, 1607 Cornwall Lane, Newport Beach, CA,
21   92660, Tel: (949) 709-8388
22       9.    *Mohammed ("Mo") Hossian Baghai, 21691 Flamenco,
23   Mission Viejo, CA 92692.
24       10.   *Ray Lapar, Philips Automotive, 3676 Birch Street,
25   Newport Beach, CA 92660 (last known address).  Tel: (714) 827-6255.
26
27
28

1  11.  *Robert Herrmann (H & N Financial Services, Inc.), 150
2  El Camino Real, Suite 206, Tustin, CA 92780, Tel: (714) 731-7677,
3  x210.
4  12.  *Marteza "Marty" Zarrabi, 30951 La Brise, Laguna Nigel,
5  CA 92677, Tel: (949) 584-5815.
6  13.  *Ah Ghalambor, 120 Corporate Park, Suite 210, Irvine, CA
7  92606, Tel: (949) 955-1445.
8  14.  *Maggie Kavoussi, 2320 Newport Boulevard, Costa Mesa,
9  CA 92627, Tel: (714) 618-0216.
10  15.  *Trina Riviera, 2710 Kelvin Avenue, Apt. 2334, Irvine CA
11  92614, Tel:  (949) 474-4493.
12  16.  *Fariba Ghaneeian, 27683 Manor Hill Road, Laguna
13  Niguel, CA 92677, Tel: (949) 640-4095.
14  17.  *30(b)(6) Witness for Lakeside Towing Services, Inc., 12
15  McClaren St., Suite B, Irvine, CA 92618.
16  18.  *Katie Herrmann (H & N Financial Services, Inc.), 150 El
17  Camino Real, Suite 206, Tustin, CA 92780, Tel: (714) 731-7677, x210.
18  19.  *Habib "Saeed" Zomajdi, M&M Petroleum Services, Inc.,
19  2121 South East Bristol Street, Newport Beach, CA 92660-1758.
20  20.  *Larry Tantillo, Lakeside Towing Services, Inc., 12
21  McClaren St., Suite B, Irvine, CA 92618.
22  21.  *Jim Brown, Lakeside Towing Services, Inc., 12 McClaren
23  St., Suite B, Irvine, CA 92618.
24  22.  *Tony Rocha, Lakeside Towing Services, Inc., 12
25  McClaren St., Suite B, Irvine, CA 92618.
26  23.  *Fara Guljani, Lakeside Towing Services, Inc., 12
27  McClaren St., Suite B, Irvine, CA 92618.
28

1 | 24. | *Mohsen "Mike" Yosefinijad, Lake Forest, CA, Tel: (562)
2 | 435-0904.
3 | 25. | *Juli Humphreys, Chevron U.S.A. Inc., c/o Chevron's
4 | counsel.
5 | 26. | *Michael O'Neal, Chevron U.S.A. Inc., c/o Chevron's
6 | counsel.
7 | 27. | *Paula Bailey, Chevron U.S.A. Inc., c/o Chevron's
8 | counsel.
9 | 28. | *Alicia Logan, U.S.A. Inc., c/o Chevron's counsel.

Dated: November 20, 2008

PILLSBURY WINTHROP SHAW PITTMAN LLP
ROBERT C. PHELPS
JEFFREY S. ROSS
CHRISTINE A. SCHEUNEMAN
ANA N. DAMONTE
JOHN E. JANHUNEN
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880

By    /s/ John E. Janhunen
           John E. Janhunen

Attorneys for Plaintiff and Counterdefendant CHEVRON U.S.A. INC. and Counterdefendant CHEVRON PRODUCTS COMPANY