UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON U.S.A. INC., a corporation,<br><br>                  Plaintiff,<br><br>  vs.<br><br>M&M PETROLEUM SERVICES, INC., a corporation,<br><br>                  Defendant.<br><br>M&M Petroleum Services, Inc.,<br><br>                  Counterclaimant,<br><br>  vs.<br><br>CHEVRONTEXACO PRODUCTS COMPANY AND CHEVRON U.S.A., INC.,<br><br>                  Counterdefendants. | Case No.<br>SACV07-818 DOC (ANx)<br><br>JUDGMENT<br><br>Trial Dates:   June 3-5, 2009<br>                     July 8-10, 2009 |

The Court having issued the Findings of Fact and Conclusions of Law and Judgment (Document 201) filed in this cause on August 6, 2009, and for

the reasons stated therein,

**It is hereby ORDERED, ADJUDGED and DECREED** that:

1. Plaintiff and Counterdefendant Chevron U.S.A. Inc. ("Chevron") have judgment in its favor and against Defendant and Counterclaimant M&M Petroleum Services, Inc. ("M&M") on the claims for relief in Chevron's Complaint.

2. The franchise and franchise relationship between M&M and Chevron with respect to the Station located at 2121 Southeast Bristol Street, Newport Beach, California (the "Station") was properly terminated by Chevron, pursuant to the Petroleum Marketing Practices Act, 15 U.S.C. § 2801, *et seq.* Therefore, Chevron is entitled to possession of the Station. M&M and its designated dealer of record Mansoor Ghaneeian shall surrender possession of the Station pursuant to the Dealer Agreements to Chevron no later than midnight on September 7, 2009.

3. The Court having concluded that M&M's pretext argument and Counterclaim are meritless and frivolous, Chevron have judgment in its favor and against M&M on the claims for relief in M&M's Counterclaim.

4. Pursuant to 15 U.S.C. § 2805(d)(3) and for the reasons set forth in the Findings of Fact and Conclusions of Law, Chevron is awarded such attorneys' fees and costs as are provided for by this Court's Order dated September 25, 2009 (Documents 221), upon Chevron's filing of the requisite declarations and proof thereof.

5. For the reasons set forth in the Findings of Fact and Conclusions of Law, the Court imposes monetary sanctions against Mansoor Ghaneeian as the designated dealer of record for M&M for their violation of court orders and discovery obligations and in favor of Chevron in the amount of $25,000.

1  6. Chevron shall recover its costs of suit incurred herein according
2 to the Clerk of Court's Bill of Costs filed September 9, 2009 (Document 219).
3  Dated: October 5, 2009.

*David O. Carter*

Hon. David O. Carter
United States District Judge